UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/5/2026___

RIGOBERTO BAUTISTA FLORES, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

    v.

536 J AND J CORPORATION, *et al*,

                Defendants.

**Case No.**:  1:25-cv-10169

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 536 J AND J CORPORATION f/d/b/a 86TH CORNER WINE & LIQUOR CO, and HOWARD SHIM (collectively "Defendants"), having offered to allow Plaintiff RIGOBERTO BAUTISTA FLORES ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 24, 2025 and filed as Exhibit A to Docket Number 10;

**WHEREAS**, on December 26, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 10);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff RIGOBERTO BAUTISTA FLORES, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 24, 2025 and filed as Exhibit A to Docket Number 10. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: January 5, 2026
      New York, New York

_____
Analisa Torres, U.S. District Judge